```
                                                    U.S. DISTRICT COURT
                                                     DISTRICT OF N.H.
                                                          FILED

                                                    2009 FEB 26  P 2: 13
```

### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF NEW MAINE

<u>Carol Murphy</u>

    v.                                        Civil No. 09-cv-39-SJM

<u>State of Maine, et al.</u>


<u>Carol Murphy</u>

    v.                                        Civil No. 09-cv-56-SJM

<u>State of Maine, et al.</u>


<u>Carol Murphy</u>

    v.                                        Civil No. 09-cv-61-SJM

<u>Town of Buxton, et al.</u>


### **REPORT AND RECOMMENDATION**

Plaintiff has been enjoined from bringing any lawsuit in the United States District Court for the District of Maine which involves any dispute between her and state or municipal officials concerning animals without obtaining prior leave of the Court. See "Order" attached. Each of the suits referenced in the caption violates that injunction. Plaintiff has not obtained leave of the Court. I recommend that each of the above-captioned

cases be dismissed.

Any objections to this Report and Recommendation must be filed within ten (10) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the district court's order. See <u>Unauthorized Practice of Law Comm. v. Gordon</u>, 979 F.2d 11, 13-14 (1st Cir. 1992); <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986).

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: February 26, 2009